petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John Henry McEvers, W. Marvin Smith,* and *Clarence M. Charest* for respondent. See same case, *ante,* p. 830.

No. 462. GOLDSTEIN *v.* KLAGES, TRUSTEE. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Julian C. Ryer* for petitioner. *Mr. Edward M. Evarts* for respondent.

No. 466. OHIO GALVANIZING & MFG. CO. *v.* SOUTHERN PACIFIC CO. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Union C. DeFord, Wm. Marshall Bullitt,* and *N. A. Emery* for petitioner. *Messrs. Charles W. Milner, Edw. P. Humphrey,* and *Louis Seelbach, Jr.,* for respondent.

No. 468. SAPINKOPF *v.* CUNARD STEAMSHIP CO., LTD. October 20, 1930. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Mr. Wilson E. Tipple* for petitioner. *Mr. George de Forest Lord* for respondent.

No. 476. COPELAND *v.* HIGGINS, POLICE COMMISSIONER. October 20, 1930. Petition for writ of certiorari to the Supreme Court of New York, Erie County, denied. *Mr. A. Stanley Copeland, pro se.* No appearance for respondent.